PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Diego Otero-Torres      Cr.: 13-00743-001
                                                                         PACTS #: 67396

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/13/2014

Original Offense: 21:841; Narcotics - Sell - Distribute - Or Dispense

Original Sentence: 48 months imprisonment, 24 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/11/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                  On March 9 and 30, and April 7 and 24, 2017, Otero-Torres submitted drug tests that yielded a positive result for marijuana. The supervising officer in the District of Puerto Rico advised that Otero-Torres admitted to use.

U.S. Probation Officer Action:

Otero-Torres was on their districts low intensity caseload and is now on active supervision. They also advised he will be tested monthly and he was referred for drug treatment at INSPIRA, a community treatment program.

                                                               Respectfully submitted,

                                                               By: Amy J. Capozzolo
                                                                    U.S. Probation Officer
                                                                 Date: 07/25/2017

Prob 12A – page 2
Diego Otero-Torres

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/26/2017
_____
Date